# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0207.  IN THE INTEREST OF: I. D. et al., CHILDREN (MOTHER).**

The mother of minor children I. D., A. D., and A. D. seeks to appeal the juvenile court's interim order in this dependency case. The court found that the mother had "done what would be necessary for reunification," but declined to award her custody of the children based on a special condition of her probation in a criminal case. Interim orders in dependency cases may be appealed directly. See *In the Interest of W. P. B.*, 269 Ga. App. 101 (1); *In the Interest of S. A. W.*, 228 Ga. App. 197, 199 (1) (491 SE2D 441) (1997); see also *Sanchez v. Walker County Dept. of Family & Children Svcs.*, 235 Ga. 817 (221 SE2d 589) (1976).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. The mother shall have 10 days from the date of this order to file a notice of appeal with the juvenile court, if she has not already done so. The juvenile court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/04/2017*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*